IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No.  05-cv-01441-RPM

ESTHER GARCIA,

        Plaintiff,

v.

THE PRUDENTIAL INSURANCE COMPANY OF AMERICA,
a New Jersey corporation; and
BANK ONE CORPORATION HEALTH AND WELFARE BENEFIT OPTIONS PLAN-510,
an ERISA Employee Welfare Benefit Plan,

        Defendants.

## ORDER FOR DISMISSAL

Pursuant to the Stipulation for Dismissal with Prejudice (Doc. #16), filed on May 24, 2006, it is

ORDERED that this action is dismissed with prejudice, each party to bear its own costs and attorneys' fees.

Dated: May 24th , 2006

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge